AO 133   (Rev. 12/09)  Bill of Costs

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | |
|---|---|
| Shelly Milgram, aka Shelly Jaspan | ) |
| | ) |
| v. | ) |
| JPMorgan Chase Bank, N.A. | ) |
| | ) |

Case No.: 19-cv-60929-CANNON/Hunt

## BILL OF COSTS

Judgment having been entered in the above entitled action on _____01/03/2022_____ against _____Plaintiff Shelly Milgram_____ ,
                                                                                    Date

the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ _____ |
| Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case . . . . . . | 4,952.12 |
| Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Fees for witnesses (itemize on page two) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Docket fees under 28 U.S.C. 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Compensation of court-appointed experts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 . . . . . | _____ |
| Other costs (please itemize) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| TOTAL | $ 4,952.12 |

*SPECIAL NOTE:*  Attach to your bill an itemization and documentation for requested costs in all categories.

## Declaration

        I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.  A copy of this bill has been served on all parties in the following manner:

[✓] Electronic service          [ ] First class mail, postage prepaid

[ ] Other: _____

s/ Attorney: _____/s/ Brian C. Frontino_____

Name of Attorney: _Brian C. Frontino_

For: _____JPMorgan Chase Bank, N.A._____          Date: _____02/17/2022_____
                        *Name of Claiming Party*

## Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

_____   By: _____   _____
     *Clerk of Court*                     *Deputy Clerk*                  *Date*

AO 133  (Rev. 12/09)  Bill of Costs

# UNITED STATES DISTRICT COURT

| | Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME , CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | TOTAL | | $0.00 |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
   "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
   "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
   Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

   When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

   Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2),  the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

# EXHIBIT A

## TO BILL OF COSTS

**Veritext, LLC**
**Midwest Region**

1 North Franklin Street, Suite 3000
Chicago IL 60606
Tel. 312.442.9087 Fax. 312.442.9095
Fed. Tax ID: 20-3132569



| Bill To: | Brian C. Frontino Esq.<br>Stroock Stroock & Lavan LLP<br>200 South Biscayne Boulevard<br>Suite 3100<br>Miami, FL, 33131 |
|---|---|

| | |
|---:|---|
| Invoice #: | MW4212794 |
| Invoice Date: | 2/25/2020 |
| Balance Due: | $687.00 |

| Case: | Milgram, Shelly, etc. v. Chase Bank USA, N.A. |
|---|---|
| Job #: | 3846177 \| Job Date: 2/21/2020 \| Delivery: Normal |
| Case #: | 0:19cv60929RSAOV |
| Billing Atty: | Brian C. Frontino Esq. |
| Location: | Veritext - Chicago, IL |
| | 1 North Franklin \| Suite 3000 \| Sandler<br>Chicago, IL 60606 |
| Sched Atty: | David A. Chami Esq. \| Price Law Group (AZ) |

*720524 2326*

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| David Rivera | Certified Transcript | Page | 185.00 | $3.10 | $573.50 |
| | Exhibits | Per Page | 202.00 | $0.25 | $50.50 |
| | Litigation Package (all Electronic Files) | 1 | 1.00 | $35.00 | $35.00 |
| | Electronic Delivery and Handling | Package | 1.00 | $28.00 | $28.00 |

| Notes: | | Invoice Total: | $687.00 |
|---|---|---|---|
| | | Payment: | $0.00 |
| | | Credit: | $0.00 |
| | | Interest: | $0.00 |
| | | Balance Due: | $687.00 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information



Q332102

**To pay online, go to**
**www.veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:**
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| | |
|---:|---|
| Invoice #: | **MW4212794** |
| Job #: | **3846177** |
| Invoice Date: | **2/25/2020** |
| Balance: | **$687.00** |

16942

# EXHIBIT B

## TO BILL OF COSTS

# INVOICE



## CENTEXT
### LEGAL SERVICES

550 WEST C STREET.          OFFICE: 619.908.1900
SUITE 700                   TOLL FREE: 855.CENTEXT
SAN DIEGO, CA 92101         FAX: 619.908.1901
W W W . C E N T E X T L E G A L . C O M

*4CEIUTEX Q1*

Kingsley Nwamah, Esq.
Stroock - Miami
200 South Biscayne Boulevard, Suite 3100
Miami FL  33131

720524-2326

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 192707 | 6/1/2020 | 125376 |
| **Job Date** | **Case No.** | |
| 5/11/2020 | 0:19-cv-60929-WPD | |
| **Case Name** | | |
| Shelly Milgram, aka Shelly Jaspan v. Chase Bank USA, N.A., et al. | | |
| **Payment Terms** | | |
| Net 30 | | |

---

ORIGINAL AND ONE CERTIFIED COPY OF:

Nicole Hanna                                                        580.50

ORIGINAL AND ONE CERTIFIED COPY OF:

Aliza Mucha Stein                                                   328.30

Q351031

**TOTAL DUE >>>**                                                  **$908.80**
AFTER 7/1/2020  PAY                                                $999.68

MINIMUM FEES APPLIED

Centext now accepts credit card payments online!  Please visit www.centextlegal.com to pay by Visa, MasterCard, Discover, or American Express.

Centext provides stenographers for depositions, produces original transcripts, and mails certified transcripts of such to respective counsel. Please note for bill review with carriers, we are not a copy service or interpreting service but a litigation support company and our invoices should be paid in full without modification.

*Rates are subject to change daily due to the extra incentives charged to Centext by the reporter.

**Tax ID:** 45-3055309                                             Phone: 305.789.9300   Fax:

*Please detach bottom portion and return with payment.*

Kingsley Nwamah, Esq.
Stroock - Miami
200 South Biscayne Boulevard, Suite 3100
Miami FL  33131

| | | | |
|---|---|---|---|
| Job No. | : 125376 | BU ID | : REMOTE-DEP |
| Case No. | : 0:19-cv-60929-WPD | | |
| Case Name | : Shelly Milgram, aka Shelly Jaspan v. Chase Bank USA, N.A., et al. | | |
| Invoice No. | : 192707 | Invoice Date | : 6/1/2020 |
| **Total Due** | **: $908.80** | | |
| AFTER 7/1/2020  PAY  $999.68 | | | |

**PAYMENT WITH CREDIT CARD**                         AMEX  MC  VISA

Cardholder's Name:

Card Number:

Exp. Date:                          Phone#:

Billing Address:

Zip:                  Card Security Code:

Amount to Charge:

Cardholder's Signature:

Email:

Remit To:   **Centext Legal Services**
            **550 West C Street**
            **Suite 700**
            **San Diego CA  92101**

# EXHIBIT C

## TO BILL OF COSTS

# INVOICE



**CENTEXT**
**LEGAL SERVICES**

550 WEST C STREET,          OFFICE: 619.908.1900
SUITE 700                        TOLL FREE: 855.CENTEXT
SAN DIEGO, CA 92101         FAX: 619.908.1901
W W W . C E N T E X T L E G A L . C O M

720524-2326

Brian C. Frontino, Esq.
Stroock – Miami
200 South Biscayne Boulevard, Suite 3100
Miami FL  33131

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 193928 | 7/9/2020 | 126754 |

| Job Date | Case No. | |
|---|---|---|
| 6/19/2020 | 0:19-CV-60929-RS | |

| Case Name | | |
|---|---|---|
| Shelly Milgram, aka Shelly Jaspan v. Chase Bank USA, N.A., et al. | | |

| Payment Terms | | |
|---|---|---|
| Net 30 | | |

ORIGINAL AND ONE CERTIFIED COPY OF:

Shelly Milgram                                                                                    3,111.90

**TOTAL DUE  >>>**                        **$3,111.90**

AFTER 8/8/2020 PAY                        $3,423.09

Centext now accepts credit card payments online!  Please visit www.centextlegal.com to pay by Visa, MasterCard, Discover, or American Express.

Centext provides stenographers for depositions, produces original transcripts, and mails certified transcripts of such to respective counsel. Please note for bill review with carriers, we are not a copy service or interpreting service but a litigation support company and our invoices should be paid in full without modification.

*Rates are subject to change daily due to the extra incentives charged to Centext by the reporter.

**Tax ID:** 45-3055309                                                                Phone: 305.789.9300   Fax:

---

*Please detach bottom portion and return with payment.*

Brian C. Frontino, Esq.
Stroock – Miami
200 South Biscayne Boulevard, Suite 3100
Miami FL  33131

| | | | | |
|---|---|---|---|---|
| Job No. | : 126754 | | BU ID | : REMOTE-DEP |
| Case No. | : 0:19-CV-60929-RS | | | |
| Case Name | : Shelly Milgram, aka Shelly Jaspan v. Chase Bank USA, N.A., et al. | | | |
| Invoice No. | : 193928 | | Invoice Date | : 7/9/2020 |
| **Total Due** | : **$3,111.90** | | | |

AFTER 8/8/2020 PAY $3,423.09

**PAYMENT WITH CREDIT CARD**

AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:                    Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To:   **Centext Legal Services**
              **550 West C Street**
              **Suite 700**
              **San Diego CA  92101**

# EXHIBIT D

## TO BILL OF COSTS

ST44 Rev. 04/18
Derived from A044 Rev. 04/18

# UNITED STATES DISTRICT COURT
## For the Southern District of Florida

INVOICE NO.: 20211179

| | |
|---|---|
| Brian C. Frontino, Esq.<br>Stroock & Stroock & Lavan, LLP<br>200 South Biscayne Boulevard<br>Suite 3100<br>Miami, FL 33131<br>(305) 358-9900 | **MAKE CHECKS PAYABLE TO:**<br>OUSCR, Inc.<br>4755 SE Dixie Highway<br>Post Office Box 145<br>Port Salerno, FL 34992<br>(561) 514-3728<br>diane_miller@flsd.uscourts.gov |

| __ CRIMINAL    X  CIVIL | DATE ORDERED:<br>02-11-2021 | DATE DELIVERED:<br>03-11-2021 |
|---|---|---|

**In the matter of:** 19-60929, Milgram v Chase Bank

2/10/21 Motion Hearing before the Hon. Judge Cannon

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | 61 | 4.02 | 245.22 | | | | | | | 245.22 |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| 3-Day | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |
| Misc. | | | | | | | Misc. Charges | | | |
| | | | | | | | **Subtotal** | | | 245.22 |
| | | | | | | Less Discount for Late Delivery | | | | |
| | | | | | | Tax (If Applicable) | | | | |
| | | | | | | Less Amount of Deposit | | | | |
| | | | | | | Total Refund | | | | |
| | | | | | | **Total Due** | | | | 245.22 |

## ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day delivery rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

## CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE:<br>Diane Miller | DATE:<br>02-11-2021 |
|---|---|

**DISTRIBUTION:**    TO PARTY (2 copies - 1 to be returned with payment)    COURT REPORTER    COURT REPORTER SUPERVISOR