UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 19-60929-CIV-CANNON/Hunt

**SHELLY MILGRAM**,

    Plaintiff,
v.

**CHASE BANK USA, N.A.**,

    Defendant.
_____/

## ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION [ECF No. 268]

**THIS CAUSE** comes before the Court upon the Magistrate Judge's Report and Recommendation regarding Defendant Chase Bank USA, N.A.'s Bill of Costs (the "Report") [ECF No. 268], filed on June 8, 2022. The Court previously granted Defendant's Motion for Summary Judgment [ECF No. 252] and entered final judgment in favor of Defendant and against Plaintiff Shelly Milgram [ECF No. 253]. Defendant subsequently filed the subject Bill of Costs, seeking $4,952.12 in "[f]ees for printed or electronically recorded transcripts necessarily obtained for use in the case" [ECF No. 262]. Plaintiff filed a Response in Opposition to the Bill of Costs [ECF No. 266], and Defendant filed a Reply [ECF No. 267].

Pursuant to the Court's Order of Referral [ECF No. 263], Magistrate Judge Patrick M. Hunt considered the Bill of Costs and the related filings and issued the instant Report [ECF No. 268]. The Report recommends construing Defendant's Bill of Costs [ECF No. 262] as a Motion to Tax Costs, in light of the Reply [ECF No. 267], and recommends granting the request for $4,952.12 [ECF No. 268]. Specifically, Judge Hunt found Defendant to be a prevailing party entitled to costs under Rule 54(d) of the Federal Rules of Civil Procedure and determined that Plaintiff has not met

CASE NO. 19-60929-CIV-CANNON/Hunt

her burden of showing that the subject deposition costs were neither necessary for use in the case nor unrelated to an issue present in the case [ECF No. 268 pp. 2–6; *see also* Fed. R. Civ. P. 54(d); 28 U.S.C. § 1920].

The Report states that the parties shall file any objections within fourteen days of being served with a copy of the Report [ECF No. 268 p. 6]. Neither party did so. Upon review, the Court finds the Report to be well reasoned and correct. The Court therefore agrees with the analysis in the Report and concludes that the Motion to Tax Costs [ECF No. 262] should be **GRANTED** for the reasons set forth in the Report.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation [ECF No. 268] is **ACCEPTED**.

2. The Motion to Tax Costs [ECF No. 262] is **GRANTED**.

3. Defendant is entitled to recover $4,952.12 in taxable costs as identified in the Bill of Costs [ECF No. 262].

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 6th day of July 2022.

AILEEN M. CANNON
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record